**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 147 MAP 2014
:
    Appellant   : Appeal from the Order of the Centre
           : County Court of Common Pleas, Criminal
           : Division, at No. CP-14-CR-0002002-2013
    v.       : dated September 17, 2014
           :
           :
NEIL JOSEPH BRISBIN,   :
           :
    Appellee    :

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**.  See <u>Commonwealth v. Hopkins</u>, 117 A.3d 247 (Pa. 2015).